**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**DAVID ANTONIO LOPEZ-DIAZ,**

     **Petitioner,**

        **v.**                                **Civil Action No. 3:25cv1039**

**JEFF CRAWFORD**, *et al.,*

     **Respondents.**

## <u>ORDER</u>

This matter comes before the Court on Petitioner David Antonio Lopez-Diaz's Amended Petition (the "Amended Petition"). (ECF No. 8.) On January 16, 2026, Respondents filed an opposition to the Amended Petition, (ECF No. 10), and on January 23, 2026, Petitioner replied, (ECF No. 11). According to case information provided by the Executive Office of Immigration Review,[1] Mr. Lopez-Diaz is scheduled for a Master Calendar hearing on January 27, 2026, in Annandale, Virginia.

For the reasons stated in the forthcoming Memorandum Opinion, the Court GRANTS IN PART the Amended Petition. (ECF No. 8.) Respondents are ORDERED to provide Mr. Lopez-Diaz with a bond hearing in front of an Immigration Judge pursuant to 8 U.S.C. § 1226(a) no later than two (2) business days from the date of this Order, and prior to any hearing on the merits in his case.

Respondents are ENJOINED from denying bond to Mr. Lopez-Diaz on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(2). Respondents are ORDERED to file a status report

---

[1] *See* Executive Office of Immigration Review, Automated Case Information, https://acis.eoir.justice.gov/en/caseInformation.

with this Court within three (3) days after Mr. Lopez-Diaz's bond hearing stating whether Mr. Lopez-Diaz has been granted bond, and, if his request for bond was denied, the reason for that denial.

In the event Mr. Lopez-Diaz is released on bond, Respondents are ENJOINED from rearresting Mr. Lopez-Diaz, unless he has committed a new violation of any federal, state, or local law, or has failed to attend any properly noticed immigration or court hearing or is subject to detention pursuant to a final order of removal.  Should Mr. Lopez-Diaz be released on bond, Respondents are FURTHER ENJOINED from invoking the automatic stay provision at 8 C.F.R. § 1003.19(i)(2).

The Court RETAINS JURISDICTION over the Amended Petition to consider the merits of Mr. Lopez-Diaz's claims regarding the legality of his arrest and the conditions of his confinement.

Pursuant to this Court's prior Order, (ECF No. 9), Respondents are ENJOINED from removing Mr. Lopez-Diaz from this District prior to Mr. Lopez-Diaz's bond hearing, and prior to any ruling from this Court on the merits of *all* of Mr. Lopez-Diaz's claims, including those with respect to the legality of his arrest and the conditions of his confinement.

It is SO ORDERED.

Date: 1/23/26
Richmond, Virginia

/s/
M. Hannah Lauck
Chief United States District Judge

2